# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DALE HAZELGROVE and JODI HAZELGROVE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) ) |
| SAIB NMI GONDZIC, and AUTOKING TRUCKING, LLC | ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 1:16-cv-3488

**JURY TRIAL DEMANDED**

## COMPLAINT FOR DAMAGES AND JURY TRIAL DEMAND

Plaintiff, Dale Hazelgrove and Jodi Hazelgrove, file their Complaint for Damages against the Defendants, Saib Nmi Gondzic and Autoking Trucking, LLC, and Jury Trial Demand, alleging and stating as follows:

### JURISDICTION AND VENUE

1. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2. The Court has jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

### PARTIES AND BACKGROUND FACTS

4. Plaintiffs adopt and incorporate by reference the allegations contained in paragraphs 1 through 3 of this Complaint as though set out fully herein.

5. At the time of the accident, the Plaintiffs, Dale and Jodi Hazelgrove (hereinafter "Dale and Jodi") were married and were citizens of the United States of America, and resided in

the State of Indiana, Hendricks County, City of Clayton. They currently live in the State of Arizona, Pinal County, City of Maricopa.

6. At all relevant times, the Defendant, Saib Nmi Gondzic, was a citizen of the State of North Dakota, Cass County, City of Fargo, and was acting in the course and scope of his employment with Autoking Trucking, LLC at the time of the accident.

7. At all relevant times, the Defendant, Autoking Trucking, LLC (hereinafter "Autoking"), was a domestic limited liability company with its domiciled in the State of Michigan and with its principal business headquarters in Michigan, which operates trucking and transporting services in several states, including the State of Illinois.

8. Autoking Trucking, LLC's registered agent for service of process, Jasmir Dzafic, is located at 5281 S. Division Ave, Wyoming, MI 49548.

9. The multi-vehicle accident that forms the basis of this Complaint for Damages occurred in Champaign County, Illinois on east I-74 at or near the 126.6 mile marker.

## CLAIMS

10. Plaintiffs adopt and incorporate by reference the allegations contained in paragraphs 1 through 9 of this Complaint as though set out fully herein.

11. At all relevant times, in the Township of Hensley, County of Champaign, State of Illinois, there was and remains a divided public thoroughfare known as Interstate 74 (hereinafter "I-74"), which generally runs in an easterly and westerly direction.

12. On October 6, 2015, at approximately 12:28 P.M., Dale was acting in the course and scope of his employment with Horner Electric, Inc., operating a 1996 International Semi-tractor owned by Horner Electric, Inc., in an easterly direction in the right, slow lane on I-74.

13. At approximately the same time and place, the Defendant, Saib Nmi Gondzic, who was acting in the course and scope of his employment with the Defendant, Autoking Trucking LLC, was negligently operating a 2005 Volvo Semi-tractor on eastbound I-74 when he rear-ended a stopped Semi-tractor trailer being operated by Plaintiff Dale.

14. The Defendant, Saib Nmi Gondzic, while acting in the course and scope of his employment with Defendant, Autoking Trucking, LLC, was negligent in one or more of the following ways:

    a. Failing to maintain a reasonable and prudent following distance, having due regard for the speed of both vehicles, the time interval between the vehicles, and the condition of the roadway;

    b. Failing to maintain a reasonable and prudent speed, restricted so as to avoid colliding with another vehicle;

    c. Failing to reduce his vehicle's speed when special hazards exist;

    d. Failing to keep his vehicle under reasonable control;

    e. Failing to pay proper attention to the roadway;

    f. Failing to maintain a proper lookout;

    g. Violating other Illinois traffic laws;

    h. Violating United States Federal Motor Carrier Safety Administration Regulations; the Preventable Accident Manual as published by the U.S. Department of Transportation Federal Highway Administration Office of Motor Carriers; and the maximum driving time allowed by the United States Federal Motor Carrier Safety Administration Regulations; and

    i. Failing to otherwise operate his vehicle with reasonable care.

15. The Defendant, Autoking Trucking, LLC, negligently hired, supervised, trained and retained its owner-operator employee, Saib Nmi Gondzic, and negligently entrusted Saib Nmi Gondzic to operate on its behalf.

16. The Defendant, Autoking Trucking, LLC, had in effect written policies and procedures that their driver violated, causing this collision, or in the alternative, Autoking Trucking, LLC had in effect policies and procedures that it knew or should have known were negligent and constituted a risk to the safety of motorists like Dale.

## ACTUAL DAMAGES

17. The Plaintiffs adopt and incorporate by reference the allegations contained in paragraphs 1 through 16 of this Complaint as though fully set out herein.

18. As a direct and proximate result of the negligence of the Defendants and/or their agents and/or employees, Dale was severely injured and Plaintiffs were damaged.

19. As a direct and proximate result of the Defendants' negligence, Dale Hazelgrove has incurred damages in the form of past and future medical expenses, past, present and future pain and suffering, permanent physical impairment, past loss of income, diminished future earning capacity, and the loss of quality and enjoyment of life.

20. As a result of the injuries sustained by her husband, Plaintiff Jodi Hazelgrove has sustained a significant loss of consortium, support and household services.

21. The Defendants' acted reckless and with, willful and wanton misconduct, warranting an award of punitive damages in a sum sufficient to punish the Defendants and to deter future conduct by same or similarly situated parties.

22. The Plaintiffs hereby demand all damages permitted under Illinois law.

WHEREFORE**,** the Plaintiffs, Dale and Jodi Hazelgrove, request the following relief:

a. An award of compensatory damages;

b. An award of punitive damages based on Plaintiff's claims to punish Defendants for their callous and/or reckless indifference to the safety of other drivers;

c. Pre and post-judgment interest as allowed by law for the costs of this action;

d. Trial by jury; and

e. All other relief just and proper in the premises.

Respectfully submitted,

WAGNER REESE, LLP

*/s/ Jason R. Reese*
Jason R. Reese, Atty. No. 20330-64
WAGNER REESE, LLP
11939 North Meridian Street
Carmel, IN 46032
Telephone: (317) 569-0000
Fax: (317) 569-8088
Email: JReese@WagnerReese.com